**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Natalya Mazurkevich, | Case No.: 2:17-cv-12455-MOB-DRG |
| Plaintiff, | Honorable Marianne O. Battani |
| vs. | Magistrate Judge David R. Grand |
| Equity Experts.Org, LLC. | |
| Defendant. | |

## <u>NOTICE OF SETTLEMENT WITH DEFENDANT</u>
## <u>EQUITY EXPERTS. ORG, LLC</u>

Plaintiff and Defendant, Equity Experts.Org, LLC., have agreed to settle this

lawsuit and intend to file a Stipulation of Dismissal as to Equity Experts.Org, LLC.,

with prejudice, no later than September 31, 2020.

Respectfully submitted,

By: */s/ Gary D. Nitzkin*
GARY D. NITZKIN P41155
CARL SCHWARTZ P70335
MARK LAHTI P36656
Attorneys for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Email – gary@crlam.com

August 4, 2020

## <u>PROOF OF SERVICE</u>

I, Gary D. Nitzkin, hereby state that on August 4, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.


*/s/ Gary D. Nitzkin*