UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALYA MAZURKEVICH,

    Plaintiff,                        Case No. 2:17-cv-12455

v.                                   HONORABLE STEPHEN J. MURPHY, III

EQUITYEXPERTS.ORG, LLC,

    Defendant.
_____/

**ORDER GRANTING
<u>PLAINTIFF'S MOTION TO EXTEND THE DISMISSAL DEADLINE [43]</u>**

On August 4, 2020 Plaintiff informed the Court that the case had settled. ECF 40. As a result, the Court dismissed the case without prejudice and ordered the parties to file closing documents dismissing the case with prejudice by September 30, 2020. ECF 41. On the day the closing documents were due, Plaintiff moved to extend the dismissal deadline to October 30, 2020. ECF 43. And Defense counsel consented to the extension. *Id*. at 211. The Court will grant the request. The parties shall file closing documents dismissing the case with prejudice no later than October 30, 2020.

**WHEREFORE,** it is hereby **ORDERED** that Plaintiff's motion to extend the dismissal deadline [43] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall **SUBMIT** a proposed, stipulated order dismissing the case with prejudice no later than **October 30, 2020**.

**SO ORDERED**.

                                            s/Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: October 1, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2020, by electronic and/or ordinary mail.

                                            s/David P. Parker
                                            Case Manager